**Order entered October 15, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00309-CR

### PATRICK DARNELL LAWRENCE, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F08-73515-S

## ORDER

The Court **REINSTATES** the appeal.

On October 3, 2014, the Court ordered the trial court to make findings regarding whether the record could be supplemented with: (1) the trial court's docket sheet; (2) the December 29, 2009 plea agreement form; (3) the December 29, 2009 judicial confession; (4) the trial court's December 29, 2009 order of deferred adjudication and conditions of community supervision; (5) the State's January 18, 2011 motion to withdraw its motion to revoke or its motion to proceed to adjudication; and (6) the February 14, 2014 plea agreement form. On October 10, 2014, we received a supplemental clerk's record containing the documents. Therefore, in the interest of expediting the appeal, we **VACATE** the October 3, 2014 order requiring the trial court to make findings.

We **ORDER** appellate counsel Kathleen Walsh to ensure appellant receives a copy of the supplemental clerk's record for purposes of filing a pro se response to the *Anders* brief filed by counsel.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Patrick Darnell Lawrence, TDCJ No. 01914343, Sanchez State Jail, 3901 State Jail Road, El Paso, Texas 79938-8456.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Andy Chatham, Presiding Judge, 282nd Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; Kathleen Walsh; and to the Dallas County District Attorney's Office.

/s/ LANA MYERS
   JUSTICE